**No. 11-5756. In re Maxwell Joelson, Petitioner.**

565 U.S. 813, 132 S. Ct. 392, 181 L. Ed. 2d 247, 2011 U.S. LEXIS 6322.

October 3, 2011. Petition for writ of habeas corpus denied.

**No. 11-5781. In re Hamid Reza Sayadi-Takhtehkar, Petitioner.**

565 U.S. 813, 132 S. Ct. 392, 181 L. Ed. 2d 247, 2011 U.S. LEXIS 6497.

October 3, 2011. Petition for writ of habeas corpus denied.

**No. 11-5838. In re Darrell Turner, Petitioner.**

565 U.S. 813, 132 S. Ct. 392, 181 L. Ed. 2d 247, 2011 U.S. LEXIS 6346.

October 3, 2011. Petition for writ of habeas corpus denied.

**No. 11-5894. In re Anthony D. Washington, Petitioner.**

565 U.S. 813, 132 S. Ct. 392, 181 L. Ed. 2d 247, 2011 U.S. LEXIS 6571.

October 3, 2011. Petition for writ of habeas corpus denied.

**No. 11-5917. In re Gustavo A. Perez, Petitioner.**

565 U.S. 813, 132 S. Ct. 393, 181 L. Ed. 2d 247, 2011 U.S. LEXIS 6486.

October 3, 2011. Petition for writ of habeas corpus denied.

**No. 11-5951. In re Hassan Abpikar, Petitioner.**

565 U.S. 813, 132 S. Ct. 393, 181 L. Ed. 2d 247, 2011 U.S. LEXIS 6531.

October 3, 2011. Petition for writ of habeas corpus denied.

**No. 11-5978. In re Edward D. Parker, Petitioner.**

565 U.S. 813, 132 S. Ct. 393, 181 L. Ed. 2d 247, 2011 U.S. LEXIS 6352.

October 3, 2011. Petition for writ of habeas corpus denied.

**No. 11-6007. In re Robert Montgomery, Petitioner.**

565 U.S. 813, 132 S. Ct. 393, 181 L. Ed. 2d 247, 2011 U.S. LEXIS 6207.

October 3, 2011. Petition for writ of habeas corpus denied.

**No. 11-6138. In re John Poullard, Petitioner.**

565 U.S. 813, 132 S. Ct. 393, 181 L. Ed. 2d 247, 2011 U.S. LEXIS 6395.

October 3, 2011. Petition for writ of habeas corpus denied.